UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL HASIER,**

    **Plaintiff,**

v.                                     Case No. 8:07-cv-721-T-30EAJ

**OHC ENVIRONMENTAL ENGINEERING,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #9). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal With Prejudice (Dkt. #9) is GRANTED.

2. This cause is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 9, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-721.dismissal 9.wpd